IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CARMELLA NICKS                                                                    PLAINTIFF

vs.                                                                         No. 1:05CV110-D-D

APPLICA CONSUMER PRODUCTS, INC.                                        DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)  the Defendant's motion for summary judgment (docket entry 20) is GRANTED;

(2)  the Plaintiff's claims are DISMISSED; and

(3)  this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 5th day of October 2006.

/s/ Glen H. Davidson
Chief Judge